United States District Court
Southern District of Texas

**ENTERED**
September 18, 2018
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number | CA H-17-2699 |
|---|---|---|
| Style | Nexen Offshore Petroleum U.S.A., Inc. v. McMoran Oil & Gas, LLC | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

Signed:

*Ewing Werlein, Jr.*
Ewing Werlein, Jr.,
United States District Judge

Date: Sept. 18, 2018

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | |
| | DAVID BRADLEY<br>United States District Clerk |
| | By: |
| | Deputy Clerk |