United States District Court
Southern District of Texas
**ENTERED**
September 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Nexen Petroleum Offshore, § § § | |
| V. § | Civil Action No. 4:17-2699 |
| § | |
| McMoRan Oil & Gas LLC, § § | |

## **ORDER**

Pending before the Court is the Joint Request for Status Conference and for Continuance (Document # 24). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted in part and denied in part. Accordingly, the Court hereby

ORDERS that the Joint Request for Status Conference and for Continuance (Document # 24) is GRANTED IN PART AND DENIED IN PART. The parties are to submit, in writing, an agreed proposed scheduling order consistent with their agreed upon dates by October 1, 2018.

SIGNED on the ____20____ day of September, 2018.

DAVID HITTNER
United States District Judge