United States District Court
Southern District of Texas
**ENTERED**
February 01, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Nexen Petroleum Offshore USA, Inc. | § § | |
| V. | § § | CIVIL ACTION NO. H-17-2699 |
| McMoRan Oil & Gas LLC., | § § § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

Signed on the ___1___ day of February, 2019.

_____
DAVID HITTNER
United States District Judge