**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| NEXEN PETROLEUM OFFSHORE U.S.A. INC. <br><br> Plaintiff, <br><br> v. <br><br> MCMORAN OIL & GAS LLC <br><br> Defendant. | CIVIL ACTION NO. 4:17–CV–02699 |

## JOINT AND AGREED MOTION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)

TO THE HONORABLE U.S. DISTRICT JUDGE GILMORE:

Nexen Petroleum Offshore U.S.A. Inc. (referred to as Plaintiff") and Defendant McMoRan Oil & Gas LLC (hereinafter referred to as "Defendant") (together referred to herein as the "Parties") hereby announce a resolution of the claims asserted by the Parties against one another. Accordingly, Plaintiff and Defendant file this Joint and Agreed Motion for Dismissal With Prejudice pursuant FED. R. CIV. P. 41(a)(2). Plaintiff requests the Court to dismiss with prejudice all claims that it made against Defendants in this Lawsuit. Defendant requests the Court to dismiss with prejudice all claims that it made against Plaintiff in this Lawsuit.

A proposed Order Granting the relief sought herein is attached.

Date: February 15, 2019

| | |
|---|---|
| THOMPSON & KNIGHT LLP | FERNELIUS SIMON PLLC |
| By: */s/ Gregory S. Meece* <br> GREGORY S. MEECE <br> State Bar No. 13898350 <br> Federal I.D. No. 17487 <br> greg.meece@tklaw.com <br> 811 Main Street, Suite 2500 <br> Houston, TX  77002-6129 <br> Telephone: (713) 654-8111 <br> Facsimile:  (713) 654-1871 | By: */s/ Stephen M. Fernelius \*by permission* <br> STEPHEN M. FERNELIUS <br> State Bar No. 06934340 <br> Federal I.D. No. 14121 <br> stephen.fernelius@trialattorneystx.com <br> 1221 McKinney, Suite 3200 <br> Houston, Texas 77010 <br> Telephone: (713) 654-1200 <br> Facsimile:  (713) 654-4039 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this instrument was delivered to all counsel of record this 15th day of February 2019.

STEPHEN M. FERNELIUS *Via ECF System*
stephen.fernelius@trialattorneystx.com
JOEL C. SIMON
joel.simon@trialattorneystx.com
1221 McKinney, Suite 3200
Houston, Texas 77010

*/s/ Gregory S. Meece*
GREGORY S. MEECE

2